UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAJINDER SINGH<br><br>                Petitioner,<br><br>v.<br><br>JEREMY CASEY, Warden of the Imperial Regional Detention Center; TODD LYONS, Acting Director of Immigration and Customs Enforcement; KRISTI NOEM, Secretary of the U.S. Department of Homeland Security; PAMELA BONDI, Attorney General of the United States,<br><br>                Respondents. | Case No.: 26-CV-35 TWR (MMP)<br><br>**ORDER (1) REQUIRING RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS AND (2) SETTING BRIEFING SCHEDULE**<br><br>(ECF Nos. 1, 2) |

      Presently before the Court is Petitioner Tajinder Singh's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 ("Pet.," ECF No. 1) and Motion for Temporary Restraining Order ("TRO Mot.," ECF No. 2.) Accordingly, the Court **ORDERS** Respondents Jeremy Casey, Warden of the Imperial Regional Detention Center; Todd Lyons, Acting Director of Immigration and Customs Enforcement; Kristi Noem, Secretary of the U.S. Department of Homeland Security; Pamela Bondi, Attorney General of the United States, **TO SHOW CAUSE** why the Petition should not be granted by filing a written response no later than

5:00 p.m. on Tuesday January 13, 2026. Petitioner **SHALL SERVE** on Respondents copies of both the Petition and this Order as soon as practicable and **SHALL FILE** proof of such service no later than 5:00 p.m. on Friday, January 9, 2026. Petitioner **MAY FILE** an optional Traverse in Support of his Petition, if any, no later than 5:00 p.m. on Tuesday, January 20, 2026. Additionally, the Court **SETS** an Order to Show Cause Hearing for Thursday, January 22, 2026, at 1:30 p.m. in Courtroom 14A.

      As for Petitioner's Motion for Temporary Restraining Order (TRO Mot.), the Court **PARTIALLY GRANTS** Petitioner's request and, until further Order of this Court, **TEMPORARILY RESTRAINS** Respondents from transferring Petitioner outside of the Southern District of California while the Petition remains pending.

      **IT IS SO ORDERED.**

Dated: January 5, 2026

_____
Honorable Todd W. Robinson
United States District Judge